CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

SEP 24 2012

JULI... CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LLOYD WAYNE SHEPPARD, | ) | |
| Petitioner, | ) | Civil Action No. 7:11-cv-00540 |
| v. | ) | FINAL ORDER |
| HAROLD W. CLARK, | ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| Respondent. | ) | |

This case is before the court on the government's motion to dismiss the petitioner's 28 U.S.C. § 2254 motion for a writ of habeas corpus. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** with prejudice; and this action is stricken from the active docket of the court. Based upon the court's finding that petitioner has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to Sheppard and to all counsel of record.

ENTER: This 24th day of September, 2012.

/s/ Glen E. Conrad
Chief United States District Judge